JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KENIA M.

         Plaintiff,

         v.

FRANK BISIGNANO,
Commissioner of Social Security,

         Defendant.

Case No. 5:25-cv-00178-MBK

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED and the case REMANDED to the agency on an open record for further proceedings. Judgment is hereby entered in favor of Plaintiff.

DATE: __03/20/2026__

_____

HON. MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE