# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenia  Mazariegos,<br><br>        Plaintiff,<br><br>        v.<br><br>Frank J. Bisignano,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No.  5:25-cv-00178-MCS-MBK<br><br>[PROPOSED] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND SEVEN HUNDRED SEVENTY ONE AND 65/100 ($6,771.65) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

        IT IS SO ORDERED.


DATE:    06/22/2026          _____
                             HON. MICHAEL B. KAUFMAN
                             UNITED STATES MAGISTRATE JUDGE